IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

<u>MIDDLE DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR 05-C-0089-M |
| | ) CR 05-C-0349-M |
| LEO CHARLES SEARCY, III | ) |

<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed his findings and recommendation on October 30, 2006 recommending that Mr. Searcy's "Motion to Correct the Records and to Get Jail Credits" be denied. The parties were allowed fifteen days from the entry date of the magistrate judge's findings and recommendation in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the Motion to Correct the Records and to Get Jail Credits is DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 28th day of November, 2006.

U.W. Clemon
United States District Judge